Petition for Writ of Habeas Corpus and the Motion for an Instant Hearing are **DENIED.**

16 A.3d 1137

**Joseph SALERA, Appellant**

**v.**

**STATE FARM FIRE AND CASUALTY COMPANY, Appellee.**

**James Mee, Appellant**

**v.**

**Safeco Insurance Company of America, Appellee.**

**Ihor Helo and Diane Helo, h/w, Appellants**

**v.**

**Encompass Insurance, Appellee.**

**Karol DiCicco, Appellant**

**v.**

**Allstate Insurance Company, Appellee.**

**Richard Crowley and Patti Crowley, h/w, and Adam Skelding and Cheri Skelding, h/w,**

**v.**

**The Travelers Property Casualty Insurance Company.**

**Appeal of Adam Skelding and Cheri Skelding.**

Supreme Court of Pennsylvania.

March 16, 2011.

442

***ORDER***

PER CURIAM.

The appeals are dismissed as having been **IMPROVIDENTLY GRANTED.**

17 A.3d 297

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**James DENNIS, Appellant.**

Supreme Court of Pennsylvania.

Submitted June 25, 2007.

Decided Jan. 18, 2011.